UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 17-255 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DEVAUGHN CHRISTOPHER DORSEY, | ) | |
| Defendant. | ) | |

Offense charged: (by Complaint)

Felon in Possession of Ammunition, shipped interstate or foreign commerce

Date of Detention Hearing:   July 20, 2017

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Based upon the proffer made by the United States, the following is a statement of the facts surrounding these alleged offenses.

(2) Renton Police responded to a shooting incident in which defendant was wounded in both legs and another man was killed..

(3) In the pocket of the shorts defendant was wearing, officers found a magazine for a firearm. The magazine contained fifteen live rounds..

(4) A search of the vehicle defendant had been driving revealed another magazine for a firearm.

(5) Defendant's criminal record includes a conviction for robbery in the first degree, with a deadly weapon. This related to an incident in 2011, and involved defendant's use of a small black and silver handgun.

(6) He was also convicted on harassment and unlawful firearm possession in the first degree. in January 2014. This arose from a large fight in which eyewitnesses reported that defendant pulled a gun, and said "I don't fight, I shoot." A loaded handgun was found in defendant's waistband.

(7) Defendant is a confirmed gang member. He told arresting officers that he believes in "street justice."

(8) He is unemployed, with the exception of occasional lawn work "under the table" for his uncle.

(9) Defendant admits that he is a regular user of marijuana.

Defense counsel objected that she had not been afforded access to any of the police reports or other documentation which might support, or refute, the Government's proffer of facts. The AUSA indicated no objection to providing that access, subject to an appropriate protective order. The court therefore ordered that such access be provided; and granted leave to defendant to move to re-open the detention hearing if the documentary record contradicts the Government's proffer of facts.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

DETENTION ORDER
PAGE -3

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of July, 2017.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -4