HONORABLE JUDGE ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-0181JLR |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| DEVAUGHN DORSEY, | |
| Defendant. | |

Based on the unopposed motion to continue the trial date, and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, and its review of the record, the Court makes the following finds of fact and conclusions of law:

1. Defendant is charged in a one-count indictment with Felon in Possession of Ammunition.

2. The case is presently set for trial October 2, 2017. Mr. Dorsey was indicted on July 26, and arraigned on August 3, 2017. Pretrial motions are currently due on August 24, 2017.

3. The case discovery is voluminous because it involves a homicide and shooting investigation.

4. The government has already produced discovery materials that counsel will need time to review and additional discovery is expected to be produced by the government.

1

5. Counsel needs adequate time to review the discovery, investigate and prepare for any pretrial motions, investigate the facts and possible defenses, and also needs time to consult with his client and prepare for trial.
6. Defense counsel has represented that additional time beyond the October 2, 2017, trial date is needed.
7. Government counsel have represented that they do not oppose the request.
8. Defense counsel has represented that he has consulted with his client who agrees to the proposed continuance and has executed speedy trial waiver.

Pursuant to 18 USC § 3161 (h)(7)(A) and (B)(iv) the Court finds that the public's interest in a speedy trial is outweighed by the Court's interest in ensuring that Defendant's counsel has adequate and reasonable time to investigate and prepare and that the October 2, 2017, trial date does not afford adequate time. Absent a continuance, defense counsel would not have adequate time to prepare to defend his client.

THEREFORE IT IS HEREBY ORDERED that the trial date be continued from October 2, 2017, to 18th day of Dec, 2017. The resulting period of delay from the filing date of the unopposed motion to continue trial, to Dec. 31, 2017, will be excluded for speedy trial purposes under 18 U.S.C. § 3161 (h)(7)(A), (B)(i), (B)(iv). Pretrial motions shall be filed by the 10th day of November, 2017.

Dated this 20th day of Aug., 2017.

James L. Robart
United States District Judge