The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVAUGHN C. DORSEY,<br><br>Defendant. | NO. CR17-181 JLR<br><br>[PROPOSED] ORDER GRANTING MODIFICATION OF PROTECTIVE ORDER (DKT. 24) |

This matter came before the Court on the government's unopposed Motion to Modify Protective Order. The Court finds that good cause has been shown and orders as follows:

1. The existing Protective Order (Dkt. 24) is modified to include all discovery material in any format (written or electronic) that is produced by the government in the above-captioned case and that pertains to alleged supervised release violation(s) on May 19-20, 2019.

//
//
//
//
//
//

Order Modifying Protective Order
U.S. v. Dorsey, CR17-181 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. All other provisions of the existing Protective Order remain in effect.

DATED this 9th day of June, 2019.

JAMES L. ROBART
United States District Court Judge

Presented by:

/s/ Jessica M. Manca
JESSICA M. MANCA
Assistant United States Attorney

Order Modifying Protective Order
U.S. v. Dorsey, CR17-181 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970