The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DEVAUGHN C. DORSEY, JR. <br><br> Defendant. | CR17-181 JLR <br><br> ORDER RESOLVING SUPERVISED RELEASE VIOLATIONS AND STRIKING HEARING |

The Court, having considered the record in this matter, including Probation's Sentencing Recommendation dated October 28, 2021, and the agreement of the parties, and being fully advised, hereby orders as follows:

Violation 1 alleged in a petition dated February 4, 2021, is withdrawn at Probation's request and without objection from the government, and the defendant is discharged as to that violation.

The Court takes no action as to the remaining violations (Violations 2-5) alleged in petitions dated May 4, 2021, June 29, 2021, and October 28, 2021, relating to consumption of marijuana and reporting for drug testing.

The defendant shall continue the term of supervised release previously imposed on June 18, 2020.

Order Resolving Supervised Release Violations and Striking Hearing
*United States v. Dorsey*, CR17-181 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The evidentiary and disposition hearing scheduled on November 9, 2021, at 11:00 a.m. is stricken.

IT IS SO ORDERED.

DATED this 1ST day of November, 2021.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Jessica M. Manca
JESSICA M. MANCA
Assistant United States Attorney

Without objection:

/s Peter Camiel (via Email)
PETER CAMIEL
Attorney for Devaughn Dorsey, Jr.

Order Resolving Supervised Release Violations and Striking Hearing
United States v. Dorsey, CR17-181 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970